THE CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY, Respondent, v. ACAR MANUFACTURING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOORE & PATIENCE, INC., Appellant, v. HUNTERSPOINT LUMBER & SUPPLY COMPANY, INC., and Another, Respondents, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

BERTELL W. KING, Appellant, v. PERRYMAN BURNS COAL CO., INC., Respondent. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of RUTH GOLDING, Respondent, v. WILLIAM SCHWARTZ, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CO-OPTIMISTS, INC., Appellant, v. METRO-GOLDWYN PICTURES CORPORATION, Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PIETRO GRASSI, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GERTRUDE McCONVILLE, an Infant, etc., Respondent, v. LUCKY REALTY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DANIEL McCONVILLE, Respondent, v. LUCKY REALTY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JUNE KASSALOW, an Infant, etc., Respondent, v. DAVID OKA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY L. SINGER, Respondent, v. AQUITANIA REALTY CO., INC., Appellant.*— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $15,202.40; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KONSTANTIN E. SUNYGIN, as Sole Surviving Partner, etc., Respondent, v. EAGLE LOCK COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.